HOBBS *v.* HOBBS; from Sampson. Motion to docket

and dismiss defendant's appeal under Rule 17, allowed Nov. 3rd.